UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT ESPOSITO; JULY 4 EVER
FIREWORKS, INC.; and JULY 4 EVER CO.,
LTD.,
        Plaintiffs,

v.

INFORMATION TECHNOLOGY CORP. and
FIREWORKS EXTRAVAGANZA, INC.,
        Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 2025 (VB)

    The Court is in receipt of a proposed second revised civil case discovery plan and scheduling order from the parties, it is HEREBY ORDERED:

    1.    The parties' request to extend discovery deadlines is GRANTED. (Doc. #62). Discovery deadlines extended as set forth in the Second Revised Civil Case Discovery Plan and Scheduling Order, which shall be separately docketed.

    2.    The case management conference scheduled for April 16, 2020, is adjourned to July 8, 2020, at 2:30 p.m.

Dated: March 11, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge