# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VINCENT ESPOSITO, *et al.*,

                    Plaintiffs,                 **SCHEDULING ORDER**

        -against-                            19 Civ. 2025 (VB)(JCM)

INFORMATION TECHNOLOGY, CORP.,
*et al.*,

                    Defendants.
-------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for May 1, 2020 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  March 23, 2020
          White Plains, New York

                                                    **SO ORDERED:**

                                                      */s/ Judith C. McCarthy*
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge