UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT ESPOSITO, JULY 4 EVER
FIREWORKS, INC., and JULY 4 EVER CO.,
LTD,
                 Plaintiffs,

v.

INFORMATION TECHNOLOGY CORP.,
FIREWORKS EXTRAVAGANZA, INC., J&J
COMPUTING, INC. (d/b/a Fireworks
Extravaganza), and JOHN SAGARIA,
Individually,
                 Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 2025 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 9/24/20

      The Court conducted a telephone conference on September 23, 2020, attended by counsel for all parties. Accordingly, it is HEREBY ORDERED:

1. Plaintiffs' motion for a default judgment is DENIED for the reasons stated on the record.

2. Defendants are ordered to file the proposed Answer to the Amended Complaint (Doc. No. 122-10) as a standalone document on the docket.

3. The Clerk is ordered to vacate the Certificates of Default (Doc. Nos. 110, 111, 112, 113).

4. Plaintiffs' motion for attorney's fees, made on the record during the September 23, 2020, conference is DENIED.

5. The case remains referred to Magistrate Judge McCarthy for general pre-trial management.

1

6. A case management conference in this case is scheduled for <u>December 17, 2020 at 11:00 a.m.</u> before Judge Briccetti. Counsel shall attend this conference by calling the following number and entering the access code when requested:

**Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662**

**Access Code:** 1703567

Dated: September 23, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge