UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VINCENT ESPOSITO; JULY 4 EVER
FIREWORKS, INC.; and JULY 4 EVER CO.,
LTD,
                    Plaintiffs,

v.

INFORMATION TECHNOLOGY
CORPORATION OF THE TRI-STATES;
FIREWORKS EXTRAVAGANZA, INC.; J&J
COMPUTING, INC. (d/b/a Fireworks
Extravaganza); and JOHN SAGARIA,
Individually,
                    Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 2025 (VB)

As discussed at a telephone conference held today and attended by counsel for all parties, it is HEREBY ORDERED that:

1. Defendants' motion for summary judgment shall be filed by **July 27, 2021**.

2. Plaintiffs' opposition to defendants' motion, and any cross motion for summary judgment, shall be filed by **August 27, 2021**. If plaintiffs elect to file a cross-motion for summary judgment, plaintiffs' cross-motion and opposition shall be filed together, as a single memorandum of law.

3. Defendants' reply shall be filed by **September 27, 2021**. If plaintiffs elect to file a cross-motion, defendants' opposition to plaintiffs' cross-motion shall be filed together with defendants' reply, as a single memorandum of law.

4. If plaintiffs elect to file a cross-motion for summary judgment, plaintiffs' reply shall be filed by **October 12, 2021**.

5. The Court will not extend any deadlines set forth herein absent good cause.

Dated: May 27, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge