UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VINCENT ESPOSITO; JULY 4 EVER          :
FIREWORKS, INC.; and JULY 4 EVER CO.,  :
LTD.,                                  :
                    Plaintiffs,      :
v.                                     :
 
INFORMATION TECHNOLOGY CORP. OF        :
THE TRI-STATES; FIREWORKS              :
EXTRAVAGANZA, INC.; J&J COMPUTING,     :
INC., d/b/a FIREWORKS EXTRAVAGANZA;    :
and JOHN SAGARIA,                      :
                  Defendants.      :
-----------------------------------------------------------x

10/20/22

**ORDER**

19 CV 2025 (VB)

     As set forth on the record at the final pre-trial conference today, defendants' motion to

compel, the parties' motions in limine, and defendants' letter motion to amend the proposed joint

pre-trial order were resolved.

     The Clerk is directed to terminate the motions.  (Docs. ##195, 198, 206).

Dated: October 19, 2022
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge