UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT ESPOSITO; JULY 4 EVER
FIREWORKS, INC.; and JULY 4 EVER CO.,
LTD.,
          Plaintiffs,

v.

INFORMATION TECHNOLOGY CORP. OF
THE TRI-STATES; FIREWORKS
EXTRAVAGANZA, INC.; J&J COMPUTING,
INC., d/b/a FIREWORKS EXTRAVAGANZA;
and JOHN SAGARIA,
          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 2025 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/22

    The jury rendered a verdict today in the above-captioned case.

    The Court will not enter judgment until plaintiffs file an application for attorney fees and defendants respond thereto.

    Accordingly, by **November 2, 2022**, plaintiffs shall file their application. By **November 9, 2022**, defendants shall file their response.

Dated: October 26, 2022
       White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge